

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, ) | CIVIL ACTION NO. |
| Independent Administrator of the Estate of Orest Sopka, ) | |
| Deceased, and Axess Holding Company, LLC as Owners ) | 15 C 3230 |
| of a 2012 Rinker 310 Express motor vessel "AXESS", ) | |
| for Exoneration from or Limitation of Liability ) | |

### ORDER

Enter Order Approving Ad Interim Stipulation for Value, Directing Issuance of Notice, and Restraining Suits. The Clerk is directed to issue the Notice of Filing of Complaint Seeking Exoneration from or Limitation of Liability. Said notice is to be made part of the court record. Status hearing set for 8/20/2015 at 9:00 a.m.

Date: 5/26/2015                    /s/ Judge Milton I. Shadur