IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, ) | CIVIL ACTION NO. |
| Independent Administrator of the Estate of Orest Sopka, ) | |
| Deceased, and Axess Holding Company, LLC as Owners ) | 15 cv 03230 |
| of a 2012 Rinker 310 Express motor vessel "AXESS", ) | |
| for Exoneration from or Limitation of Liability ) | |

NOTICE OF FILING OF COMPLAINT SEEKING EXONERATION
FROM OR LIMITATION OF LIABILITY

Notice is hereby given that Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC, as owners of a 2012 Rinker 310 Express motor vessel "AXESS" have filed a complaint seeking exoneration from or limitation of liability pursuant to Title 46 U.S.C. § 30501, et seq., of the United States Code.

You are further notified that Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC, by filing such complaint seek an order exonerating them from liability for claims for damage for any and all losses, death, or injuries arising out of an incident which occurred on May 31, 2014 on the navigable waters of the United States on Lake Michigan near Chicago, Illinois.

All firms, persons, and corporations having claims arising out of that incident must file them in the form prescribed by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the clerk of the United States District Court for the Northern District of Illinois, Eastern Division, on or before August 7, 2015.

Any such claimant desiring to contest the right of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, Axess Holding Company, LLC and/or the 2012 Rinker 310 Express motor vessel "AXESS" to limitation must file an answer to said complaint within the time prescribed above.

You are notified that failure to timely file a claim and/or answer in proper form, within the time prescribed above, will operate to bar the subsequent filing of a claim, suit or answer, arising out of said incident against Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, Axess Holding Company, LLC and/or the 2012 Rinker 310 Express motor vessel "AXESS", or any person or entity whatsoever for whom they may be responsible, arising out of or attributable to the aforementioned incident.

A true and correct copy of any claim or answer filed in accordance with the foregoing must be mailed to Anthony R. Rutkowski, Esq., Rutkowski Law Group, P.C., 321 N. Clark Street, Fifth Floor, Chicago, Illinois 60654, the attorney for Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased and Axess Holding Company, LLC.

Clerk, U. S. District Court

By:_____

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



May 26, 2015
_____
DATE