## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:15-cv-03230 |

In the Matter of the Complaint of Tamara Sopka, Independent
Administrator of the Estate of Orest Sopka, Deceased, and
Axess Holding Company, LLC as Owners of a 2012 Rinker 310
Express motor vessel "AXESS" for Exoneration from or
Limitation of Liability

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHARON HAWS, as Independent Administrator of
the Estate of ASHLEY HAWS, Deceased

| |
|---|
| NAME (Type or print)<br>Timothy J. Mahoney |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy J. Mahoney |
| FIRM<br>ROLEWICK & GUTZKE, P.C. |
| STREET ADDRESS<br>1776 S. Naperville Road, Suite 104A |
| CITY/STATE/ZIP<br>Wheaton, IL 60189 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197486 | TELEPHONE NUMBER<br>(630) 653-1577 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐