## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, for Exoneration or Limitation of Liablity

Case Number: 15-cv-03230

An appearance is hereby filed by the undersigned as attorney for:
CREATIVE YACHT MANAGEMENT, INC. d/b/a SAILTIME CHICAGO

Attorney name (type or print): Corinne L. Conrad

Firm: Wilson, Elser, Moskowitz, Edelman & Dicker, LLP

Street address: 55 W. Monrow St., Suite 3800

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6286836
(See item 3 in instructions)

Telephone Number: (312) 704-0550

Email Address: corinne.conrad@wilsonelser.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.  ☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/6/15

Attorney signature: S/ Corinne L. Conrad

(Use electronic signature if the appearance form is filed electronically.)