**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: The Complaint of ) | |
| TAMARA SOPKA, Independent Administrator of ) | No. 15-cv-3230 |
| the Estate of OREST SOPKA, Deceased, and ) | |
| AXESS HOLDING COMPANY, LLC, ) | |
| as Owners of a 2012 Rinker 310 Express motor ) | |
| vessel "AXESS" for Exoneration from or ) | Judge Milton I. Shadur |
| Limitation of Liability ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **August 20, 2015**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Milton I. Shadur, Room 2303, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present **Claimant Peggy M. Blenner's Motion to Dismiss Complaint for Exoneration from or Limitation of Liability,** a copy of which is attached hereto and served upon you.

By: /s/Kevin P. Durkin

Kevin P. Durkin
Sean P. Driscoll
Tracy A. Gibbons
CLIFFORD LAW OFFICES, P.C.
Attorneys for Plaintiff
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
(312) 899-9090
(312) 251-1150 - facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2015, I electronically filed this Notice of Motion and **Claimant Peggy M. Blenner's Motion to Dismiss Complaint for Exoneration from or Limitation of Liability** with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives of record was or will be accomplished by electronic mail through the CM/ECF system.