**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | ) ) ) ) ) ) ) ) | CIVIL NO. 15-CV-03230<br><br>NOTICE OF MOTION |

**NOTICE OF MOTION**

TO:   SEE ATTACHED SERVICE LIST

 PLEASE TAKE NOTICE that on **August 20, 2015, at 9:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur in Courtroom Number 2303, or any other Judge as may be holding Court in his absence, in the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, to then and there present the Respondent's, **Shai Wolkowicki, Motion to Adopt and Join Motion to Dismiss and Memorandum of Law**. A copy of said Motion is served upon you with this Notice.

         MITCHELL HOFFMAN & WOLF, LLC

         BY: /s/ Kenneth Hoffman

Kenneth Hoffman (ID No.6207101)
MITCHELL HOFFMAN & WOLF LLC
*Attorneys for Shai Wolkowicki*
221 North LaSalle, Suite 1148
Chicago, Illinois 60601
Phone: (312)726-6722

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 6, 2015, I electronically filed the Motion to Adopt and Join Motion to Dismiss, and this Notice of Motion/Proof of Service with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying Service List was or will be accomplished by electronic mail through the CM/ECF system.

         /s/ Kenneth Hoffman

1

**SERVICE LIST**

*In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC for Exoneration from or Limitation of Liability, 15 cv 03230*

Attorney for Tamara Sopka and Axess Holding Company LLC
Anthony R. Rutkowski
RUTKOWSKI LAW GROUP P.C.
3231 North Clark Street, 5th Floor
Chicago, Illinois  60654

Attorney for Creative Yacht d/b/a Sail Time Chicago
Corinne L. Conrad
Curt Schlom
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603
312 704 0550
312 704 1522 (fax)

Attorney for Skyway Yacht
Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street, Suite 1100
Chicago, Illinois 60606
Phone: (312) 902-1600
Fax:     (312) 902-9900

Attorney for Megan Blenner
Robert Clifford
Kevin Durkin
Clifford Law Offices
120 North LaSalle, #3100
Chicago, Illinois 60601
Phone: (312)899-9090
Fax:     (312)251-1160

Attorney for Orest Sopka
Timothy Martin
COONEY & CONWAY
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602
Phone: (312)236-6166
Fax:     (312)236-3029

Attorney for Sharon Haws
Timothy Mahoney
Hilary E Wild
Rolewick & Gutzke, P.C.
1776 South Naperville Road, Suite 104A
Wheaton, Illinois 60189
Phone: (630) 653-1577
Fax:     (630) 653-1579