IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | ) CIVIL NO. 1-15-cv-03230 ) ) MOTION TO ADOPT AND JOIN ) MOTION TO DISMISS ) ) ) ) |

**MOTION TO ADOPT AND JOIN MOTION TO DISMISS**

NOW COMES Respondent Sharon Haws, as Independent Administrator of the Estate of Ashley Haws, Deceased ("Haws"), by and through her attorneys, Rolewick & Gutzke, P.C., and hereby moves this Honorable Court to join in and adopt the Motion to Dismiss previously filed by Respondent Peggy M. Blenner, as Successor Administrator of the Estate of Megan Blenner, Deceased ("Blenner"). In support of this Motion, Haws states as follows:

1. On April 13, 2015, Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC filed their Petition for Exoneration From or Limitation of Liability under the Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.* (the "Act") (Document No. 1).

2. On August 6, 2015, Blenner filed her Motion to Dismiss the Petition of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC under Rule 12(b)(6) (Document Nos. 25-27) Generally, Blenner's Motion to Dismiss asserts that Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC failed to state a cause of action upon which relief

may be granted because the Act applies to "owners" of vessels, and Orest Sopka was not an "owner" of the AXESS.

3. The bases for dismissal raised by Blenner in her Motion also apply to Haws.

4. The interests of judicial economy would be best-served by an order from this Court permitting Haws to adopt and join the Motion to Dismiss, including the Memorandum of Law, already filed by Blenner, rather than file a separate, substantially similar Motion.

WHEREFORE Respondent Sharon Haws, as Independent Administrator of the Estate of Ashley Haws, Deceased, respectfully requests that this Court grant her leave to adopt and join the Motion to Dismiss, including the Memorandum of Law, previously filed by Peggy M. Blenner, as Successor Administrator of the Estate of Megan Blenner, Deceased.

ROLEWICK & GUTZKE, P.C.

BY: /s/ Timothy J. Mahoney
Timothy J. Mahoney

David F. Rolewick (ID No. 2368641)
Timothy J. Mahoney (ID No. 6197486)
Hilary E. Wild (ID No. 4378832)
ROLEWICK & GUTZKE, P.C.
*Attorneys for Respondent Sharon Haws, Independent Administrator of the Estate of Ashley Haws, Deceased*
1776 S. Naperville Road, Suite 104A
Wheaton, Illinois 60189
Phone: (630) 653-1577
Facsimile: (630) 653-1579