IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS", for Exoneration from or Limitation of Liability. ) ) ) ) ) ) ) | No. 15-cv-03230 |

## NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on the **August 20, 2015 at 9:00 a.m.** I shall appear before the Honorable Milton I. Shadur in Room 2303 or any judge sitting in his stead at the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and shall then and there present the attached **Creative Yacht Management, Inc. d/b/a Sailtime Chicago's Motion to Adopt and Join Blenner's Motion to Dismiss**, a copy of which is attached hereto and herewith served upon you.

Respectfully submitted,

**CREATIVE YACHT MANAGEMENT, INC.
d/b/a SAILTIME CHICAGO**

/s/ Curt J. Schlom
Curt J. Schlom
Corinne L. Conrad
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
T: (312) 704-0550
*Counsel for Creative Yacht Management, Inc. d/b/a Sailtime Chicago*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2015, I electronically filed the Motion to Adopt and Join Motion to Dismiss, and this Notice of Motion/Proof of Service, with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying Service List was or will be accomplished by electronic mail through the CM/ECF system.

1907501v.1

## SERVICE LIST

Anthony R. Rutkowski
Rutkowski Law Group, P.C.
321 N. Clark St., 5th Floor
Chicago, IL 60654
arr@rutkowskilawgroup.com
*Counsel for Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC*

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
303 W. Madison St., Suite 1100
Chicago, IL 60606
dminichellow@mmr-law.com
*Counsel for Skyway Yacht Works*

Kenneth A. Hoffman
J. Wesley Mitchell
Mitchell, Hoffman & Wolf, LLC
221 North LaSalle Street, Suite 1148
Chicago, IL 60601
khoffman@mitchellhoffmanwolf.com
jwmatty@aol.com
*Counsel for Shai Wolkowicki*

Robert A. Clifford
Kevin P. Durkin
Sean Patrick Driscoll
Tracy A. Gibbons
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com
kpd@cliffordlaw.com
spd@cliffordlaw.com
tag@cliffordlaw.com
*Counsel for Peggy M. Blenner, as Successor Independent Administrator of the Estate of Megan Blenner, Deceased*

Robert John Cooney, Jr.
Daniel T. Stanton
Timothy G. Martin
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602
bcooney@cooneyconway.com
dstanton@cooneyconway.com
tmartin@cooneyconway.com
*Counsel for Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased*

David F. Rolewick
Timothy J. Mahoney
Hilary E. Wild
Rolewick & Gutzke, P.C
1776 S. Naperville Rd., Suite 104A
Wheaton, IL 60189
davidr@rglawfirm.com
timothym@rglawfirm.com
hilaryw@rglawfirm.com
*Counsel for Sharon Haws, Independent Administrator of the Estate of Ashley Haws, Deceased*