**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: The Complaint of | ) | |
| TAMARA SOPKA, Independent Administrator of | ) | No. 15-cv-3230 |
| the Estate of OREST SOPKA, Deceased, and | ) | |
| AXESS HOLDING COMPANY, LLC, | ) | |
| as Owners of a 2012 Rinker 310 Express motor | ) | |
| vessel "AXESS" for Exoneration from or | ) | Judge Milton I. Shadur |
| Limitation of Liability | ) | |

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS THE COMPLAINT FOR
EXONERATION FROM OR LIMITATION OF LIABILITY**

To the Court and All Parties and their Attorneys of Record:

PLEASE TAKE NOTICE that Claimant Peggy M. Blenner hereby withdraws her Motion to Dismiss the Complaint for Exoneration from or Limitation of Liability.

DATED: August 11, 2015

/s/ Kevin P. Durkin

Kevin P. Durkin
Sean P. Driscoll
Tracy A. Gibbons
Clifford Law Offices, P.C.
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090
Attorneys for Claimant Megan Blenner

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 11, 2015, I electronically filed this Notice of Claim and Answer, and this Notice of Motion/Proof of Service with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives of record was or will be accomplished by electronic mail through the CM/ECF system.

DATED:  Chicago, Illinois, August 11, 2015.

            /s/ Kevin P. Durkin_____
            Attorneys for Claimant
            Kevin P. Durkin
            Sean P. Driscoll
            Tracy A. Gibbons
            CLIFFORD LAW OFFICES, P.C.
            120 N. LaSalle Street, 31st Floor
            Chicago, Illinois 60602
            Telephone: (312) 899-9090
            Facsimile: (312) 251-1160
            KPD@cliffordlaw.com
            SPD@cliffordlaw.com
            TAG@cliffordlaw.com