IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Complaint of Tamara Sopka, | ) | |
| Independent Administrator of the Estate of Orest | ) | |
| Sopka, Deceased and Axess Holding Company, | ) | No.  15-cv-03230 |
| LLC as Owners of a 2012 Rinker 310 Express | ) | |
| motor vessel "AXESS", for Exoneration from or | ) | |
| Limitation of Liability. | ) | |

## NOTICE OF WITHDRAWAL
## OF MOTION TO ADOPT AND JOIN MOTION TO DISMISS

To The Court and All Counsel of Record (see attached service list):

**PLEASE TAKE NOTICE** that CREATIVE YACHT MANAGEMENT, INC. d/b/a

SAILTIME CHICAGO, hereby withdraws its Motion to Adopt and Join the Motion to Dismiss

filed by Peggy M. Blenner, as Successor Administrator of the Estate of Megan Blenner,

Deceased.

Dated:  August 12, 2015          Respectfully submitted,

**CREATIVE YACHT MANAGEMENT, INC.**
**d/b/a SAILTIME CHICAGO**

/s/ Curt J. Schlom
Curt J. Schlom
Corinne L. Conrad
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER, LLP
55 W. Monroe Street, Suite 3800
Chicago, Illinois 60603
T:  (312) 704-0550
F:  (312) 705-1522
E-mail:  curt.schlom@wilsonelser.com
E-mail:  corinne.conrad@wilsonelser.com

1909355v.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, I electronically filed the Notice of Withdrawal of Motion to Adopt and Join Motion to Dismiss, with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying Service List was or will be accomplished by electronic mail through the CM/ECF system.

/s/ Lynn LaJoie _____

2

## SERVICE LIST

Anthony R. Rutkowski
Rutkowski Law Group, P.C.
321 N. Clark St., 5th Floor
Chicago, IL 60654
arr@rutkowskilawgroup.com
*Counsel for Tamara Sopka, Independent*
*Administrator of the Estate of Orest Sopka,*
*Deceased, and Axess Holding Company, LLC*

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
303 W. Madison St., Suite 1100
Chicago, IL 60606
dminichellow@mmr-law.com
*Counsel for Skyway Yacht Works*

Kenneth A. Hoffman
J. Wesley Mitchell
Mitchell, Hoffman & Wolf, LLC
221 North LaSalle Street, Suite 1148
Chicago, IL 60601
khoffman@mitchellhoffmanwolf.com
jwmatty@aol.com
*Counsel for Shai Wolkowicki*

Robert A. Clifford
Kevin P. Durkin
Sean Patrick Driscoll
Tracy A. Gibbons
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com
kpd@cliffordlaw.com
spd@cliffordlaw.com
tag@cliffordlaw.com
*Counsel for Peggy M. Blenner, as Successor*
*Independent Administrator of the Estate of*
*Megan Blenner, Deceased*

Robert John Cooney, Jr.
Daniel T. Stanton
Timothy G. Martin
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602
bcooney@cooneyconway.com
dstanton@conneyconway.com
tmartin@cooneyconway.com
*Counsel for Tamara Sopka, Independent*
*Administrator of the Estate of Orest Sopka,*
*Deceased*

David F. Rolewick
Timothy J. Mahoney
Hilary E. Wild
Rolewick & Gutzke, P.C
1776 S. Naperville Rd., Suite 104A
Wheaton, IL 60189
davidr@rglawfirm.com
timothym@rglawfirm.com
hilaryw@rglawfirm.com
*Counsel for Sharon Haws, Independent*
*Administrator of the Estate of Ashley Haws,*
*Deceased*