IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRCIT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | ) ) ) ) ) ) ) ) |

CIVIL NO. 15-CV-03230

**NOTICE OF WITHDRAWAL
OF MOTION TO ADOPT AND JOIN MOTION TO DISMISS**

To The Court and All Counsel of Record (see attached service list)

**PLEASE TAKE NOTICE** that Shai Wolkowicki, by and through his attorneys, Mitchell Hoffman & Wolf, LLC, and hereby withdraws its Motion to Adopt and Join the Motion to Dismiss previously filed by Peggy M. Blenner, as Independent Administrator of the Estate of Megan Blenner, Deceased.

Dated: August 12, 2015

MITCHELL HOFFMAN & WOLF, LLC

BY: /s/ Kenneth Hoffman

Kenneth Hoffman (ID No.6207101)
MITCHELL HOFFMAN & WOLF LLC
*Attorneys for Shia Wolkowicki*
221 North LaSalle, Suite 1148
Chicago, Illinois 60601
Phone: (312)726-6722

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, I electronically filed the Notice of Withdrawal of Motion to Adopt and Join Motion to Dismiss, with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying Service List was or will be accomplished by electronic mail through the CM/ECF system.

/s/ Kenneth Hoffman

**SERVICE LIST**

*In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC for Exoneration from or Limitation of Liability, 15 cv 03230*

Attorney for Tamara Sopka and Axess Holding Company LLC
Anthony R. Rutkowski
RUTKOWSKI LAW GROUP P.C.
3231 North Clark Street, 5th Floor
Chicago, Illinois 60654

Attorney for Creative Yacht d/b/a Sail Time Chicago
Corinne L. Conrad
Curt Schlom
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603

Attorney for Skyway Yacht
Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
303 W. Madison Street, Suite 1100
Chicago, Illinois 60606

Attorney for Peggy Blenner
Robert Clifford
Kevin Durkin
Sean Patrick Driscoll
Tracy A. Gibbons
Clifford Law Offices
120 North LaSalle, #3100
Chicago, Illinois 60601

Attorney for Tamara Sopka
Robert John Cooney, Jr.
Daniel T. Stanton
Timothy Martin
COONEY & CONWAY
120 N. LaSalle Street, Suite 3000
Chicago, Illinois 60602

Attorney for Sharon Haws
David F. Rolewick
Timothy Mahoney
Hilary E Wild
Rolewick & Gutzke, P.C.
1776 South Naperville Road, Suite 104A
Wheaton, Illinois 60189