### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | CIVIL NO. 1:15-cv-03230 <br><br><br><br> Judge Milton I. Shadur |

### NOTICE OF WITHDRAWAL
### OF MOTION TO ADOPT AND JOIN MOTION TO DISMISS

To the Court and All Parties and their Attorneys of Record (see attached service list):

**PLEASE TAKE NOTICE** that SHARON HAWS, Independent Administrator of the Estate of ASHLEY HAWS, Deceased, by and through her attorneys, Rolewick & Gutzke, P.C., hereby withdraws her Motion to Adopt and Join the Motion to Dismiss previously filed by Peggy M. Blenner, as Independent Administrator of the Estate of Megan Blenner, Deceased.

DATED: Wheaton, Illinois, August 12, 2015.

                                                                      ROLEWICK & GUTZKE, P.C.

                                      BY:    /s/ Timothy J. Mahoney
                                                            Timothy J. Mahoney

David F. Rolewick (ID No. 2368641)
Timothy J. Mahoney (ID No. 6197486)
Hilary E. Wild (ID No. 4378832)
ROLEWICK & GUTZKE, P.C.
*Attorneys for Respondent Sharon Haws, Independent*
*Administrator of the Estate of Ashley Haws, Deceased*
1776 S. Naperville Road, Suite 104A
Wheaton, Illinois 60189
Phone: (630) 653-1577
Facsimile: (630) 653-1579

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, I electronically filed this Notice of Withdrawal of Motion to Adopt and Join the Motion to Dismiss with the United States District Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. In accordance with Local Rule 5.9, service upon the parties' representatives named in the accompanying service list was or will be accomplished by electronic mail through the CM/ECF system.

DATED: Wheaton, Illinois, August 12, 2015.

                                ROLEWICK & GUTZKE, P.C.

                      BY:    /s/ Timothy J. Mahoney
                                Timothy J. Mahoney

David F. Rolewick (ID No. 2368641)
Timothy J. Mahoney (ID No. 6197486)
Hilary E. Wild (ID No. 4378832)
ROLEWICK & GUTZKE, P.C.
*Attorneys for Respondent Sharon Haws, Independent Administrator of the Estate of Ashley Haws, Deceased*
1776 S. Naperville Road, Suite 104A
Wheaton, Illinois 60189
Phone: (630) 653-1577
Facsimile: (630) 653-1579

## SERVICE LIST

Anthony R. Rutkowski
Rutkowski Law Group, P.C.
321 N. Clark St., 5th Floor
Chicago, IL 60654
arr@rutkowskilawgroup.com
*Counsel for Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC*

Curt Justin Schlom
Corinne L. Conrad
Wilson Elser Moskowitz Edelman & Dicker LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
curt.schlom@wilsonelser.com
Corinne.conrad@wilsonelser.com
*Counsel for Creative Yacht Management, Inc.*

Kenneth A. Hoffman
J. Wesley Mitchell
Mitchell, Hoffman & Wolf, LLC
221 North LaSalle Street, Suite 1148
Chicago, IL 60601
khoffman@mitchellhoffmanwolf.com
jwmatty@aol.com
*Counsel for Shai Wolkowicki*

Robert A. Clifford
Kevin P. Durkin
Sean Patrick Driscoll
Tracy A. Gibbons
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
rac@cliffordlaw.com
kpd@cliffordlaw.com
spd@cliffordlaw.com
tag@cliffordlaw.com

*Counsel for Peggy M. Blenner, as Successor Independent Administrator of the Estate of Megan Blenner, Deceased*

Robert John Cooney, Jr.
Daniel T. Stanton
Timothy G. Martin
Cooney & Conway
120 North LaSalle Street, 30th Floor
Chicago, IL 60602
bcooney@cooneyconway.com
dstanton@cooneyconway.com
tmartin@cooneyconway.com
*Counsel for Tamara Sopka, Independant Administrator of the Estate of Orest Sopka, Deceased*

Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
303 W. Madison St., Suite 1100
Chicago, IL 60606
dminichello@mmr-law.com
*Counsel for Skyway Yacht Works*