## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Tamara Sopka, et al.
                       Plaintiff,

v.                                 Case No.: 1:15−cv−03230
                                           Honorable Milton I. Shadur

Skyway Yacht Works LLC
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 20, 2015:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held. Motion of James E. Mercante to appear pro hac vice on behalf of plaintiffs [38] is granted. Motion to dismiss [20] is withdrawn. Motions to adopt and join motion to dismiss [28][30][33] are withdrawn. Responses to this Court's 8/11/2015 Supplement to Memorandum are to be filed by 9/17/2015. Status hearing set for 11/18/2015 at 09:15 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.