**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator for the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | ) ) ) ) ) ) ) | Civil No. 15-CV-03230<br><br>Judge Milton I. Shadur |

**SKYWAY YACHT WORKS, LLC'S RESPONSE TO THE COURT'S
MEMORANDUM OPINION AND ORDER OF AUGUST 11, 2015**

Claimant Skyway Yacht Works, LLC ("Skyway"), by and through its attorneys, Marwedel, Minichello & Reeb. P.C., in Response to the Court's Memorandum Opinion and Order, states as follows:

1. On August 20, 2015, this Court asked the parties to respond to the Court's Supplement to Memorandum issued on August 11, 2015. The Court asked the parties to further clarify the positions taken in a Motion to Dismiss filed by Claimant Peggy Blenner, as Independent Administrator of the Estate of Megan Blenner ("Blenner"). Claimant Creative Yacht Management Inc. d/b/a Sailtime Chicago ("Sailtime"), Claimant Shai Wolkowicki ("Wolkowicki"), and Claimant Sharon Haws, as Independent Administrator of the Estate of Ashley Haws ("Haws") all filed motions to adopt and join the Motion to Dismiss.

2. After the Court's August 11, 2015 Supplement to the Memorandum was issued, Blenner, Sailtime, Wolkowicki, and Haws all withdrew their Motions.

3. At the August 20, 2015, status hearing, the Court requested further clarification of a position taken in the Motion to Dismiss, and all parties were granted leave to a file a Response to the August 11, 2015 Supplement to the Memorandum.

4. Claimant Skyway filed a claim and Answer to the Limitation Petition but did not join the Motion to Dismiss filed by Blenner and joined by the other Claimants, and therefore exercises no opinion on the positions taken by the other Claimants.

**WHEREFORE,** Skyway prays this Court grant all relief that is fair and proper.

Skyway Yacht Works, LLC

By: /s/ Dennis Minichello
One of Its Attorneys

Dennis Minichello [IL ARDC # 03122059]
Michael D. Reed [IL ARDC # 6313795]
MARWEDEL, MINICHELLO & REEB, P.C.
Attorneys for Defendant Skyway Yacht Works, LLC
303 W. Madison, Suite 1100
Chicago, Illinois 60606
(312) 902-1600
MM&R file No.: 21408-018

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on September 22, 2015, he electronically *Skyway Yacht Works, LLC's Response to the Court's Memorandum Opinion and Order of August 11, 2015*, with the Clerk of the U.S.D District Court for the Northern District of Illinois, via its CM/ECF system, which will send electronic notification to all counsel of record, who have consented to accept service by electronic means, as follows:

**Corinne L. Conrad**
corinne.conrad@wilsonelser.com

**Sean Patrick Driscoll**
spd@cliffordlaw.com,kc@cliffordlaw.com,docket@cliffordlaw.com

**Kevin P. Durkin**
kpd@cliffordlaw.com,jmg@cliffordlaw.com,jg@cliffordlaw.com,docket@cliffordlaw.com

**Tracy A Gibbons**
tag@cliffordlaw.com

**Kenneth A. Hoffman**
khoffman@mitchellhoffmanwolf.com

**Timothy Joseph Mahoney**
Timothym@rglawfirm.com

**James E. Mercante**
jmercante@rubinfiorella.com

**Dennis Minichello**
dminichello@mmr-law.com,jturner@mmr-law.com,lculp@mmr-law.com,tcooper@mmr-law.com

**Michael David Reed**
mreed@mmr-law.com,jturner@mmr-law.com,lculp@mmr-law.com

**David F. Rolewick**
davidr@rglawfirm.com

**Anthony Raymond Rutkowski**
arr@rutkowskilawgroup.com

**Curt Justin Schlom**
Curt.Schlom@wilsonelser.com,Kathie.Piscitello@wilsonelser.com

**Hilary E Wild**
hilaryw@rglawfirm.com,hilarywild@gmail.com

/s/ Dennis Minichello