**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, )<br>Independent Administrator of the Estate of Orest Sopka, )<br>Deceased, and Axess Holding Company, LLC as Owners )<br>of a 2012 Rinker 310 Express motor vessel "AXESS", )<br>for Exoneration from or Limitation of Liability ) | CIVIL ACTION NO.<br><br>15 C 3230 |

### **ORDER**

Status hearing held. Document Nos. 53, 54, 56, 57, and 58 are stricken (L.R. 26.3). The Clerk is directed to remove Document Nos. 53, 54, 56, 57, and 58 from the court file. Status hearing set for 2/24/2016 at 9:15 a.m.

Date: 11/18/2015                    /s/   Judge Milton I. Shadur

(00:10)