IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS", for Exoneration from or Limitation of Liability | Civil No. 15-cv-03230<br><br>Judge Milton I. Shadur |

## AGREED ORDER

This matter coming to be heard on Skyway Yacht Works, LLC's ("Skyway") motion to modify the stay order entered by this court on May 26, 2015 (Doc. 8), due notice having been given and the court having been fully advised, it is hereby ordered:

(1) Skyway's Motion to Modify the Court's Stay Order of May 26, 2015 to allow for the filing of Counterclaims by Skyway Yacht Works, LLC in cases pending in the Circuit Court of Cook County, Case Numbers 2014 L 7169, 2014 L 10958, 2014 L 12394 and 2015 L 9829 is hereby granted. This Court's Stay Order of May 26, 2015 is hereby modified to permit the Petitioners and Respondents in this action that are named as parties in Circuit Court of Cook County Case Numbers 2014 L 7169, 2014 L 10958, 2014 L 12394 and 2015 L 9829, (which this court understands have been consolidated) are granted leave to file whatever pleadings, motions and discovery are deemed appropriate in the State Court Actions without risk of violating the terms of this Court's Stay Order.

(2) This Court also hereby modifies the Stay Order of May 26, 2015 to permit the parties common to this action and the Circuit Court of Cook County Cases (2014 L 7169, 2014 L 10958, 2014 L 12394 and 2015 L 9829) to engage in both fact and expert witness discovery, both in State and Federal Court. This Court has determined that the discovery undertaken in any of the State Court Actions (2014 L 7169, 2014 L 10958, 2014 L 12394 and 2015 L 9829) shall be utilized by the parties to this Limitation/Exoneration Action, at the discretion of the Federal Court, subject to the Federal Rules of Civil Procedure, the Federal Rules of

Evidence and appropriate objections made by any of the parties with respect to the use and/or admissibility of said discovery.

(3) The Court acknowledges the stipulation executed by the parties on December 2, 2015 (Doc. 60) and has issued this order based in part upon the stipulation between the parties.

(4) All other requirements of the court's order of May 26, 2015 (Doc. 8) shall remain in effect absent further court order.

_____
Judge

December 7, 2015
Date

**Plaintiff, Tamara Sopka, Estate of Orest Sopka**

/s/ Anthony Raymond Rutkowski
Anthony Raymond Rutkowski
Rutkowski Law Group, P.C.
321 North Clark Street, 5th Floor
Chicago, IL 60654

**Plaintiff, Axess Holding Company, LLC**

/s/ Anthony Raymond Rutkowski
Anthony Raymond Rutkowski
Rutkowski Law Group, P.C.
321 North Clark Street, 5th Floor
Chicago, IL 60654

**Claimant, Skyway Yacht Works LLC**

/s/ Dennis Minichello
Dennis Minichello
Marwedel, Minichello & Reeb, P.C.
303 W. Madison, Suite 1100
Chicago, Illinois 60606

**Claimant, Sharon Haws**

   /s/ Timothy Joseph Mahoney
Timothy Joseph Mahoney
Rolewick & Gutzke, P.C.
1776 South Naperville Road, Suite 104A
Wheaton, IL 60189

**Claimant, Creative Yacht Management, Inc. d/b/a SailTime Chicago**

   /s/ Curt Justin Schlom
Curt Justin Schlom
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, IL 60603

**Claimant, Peggy M. Blenner**

   /s/ Kevin P. Durkin
Kevin P. Durkin
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, IL 60602

**Claimant, Shai Wolkowicki**

   /s/ Kenneth A. Hoffman
Kenneth A. Hoffman
Mitchell Hoffman & Wolf, LLC
221 North LaSalle Street, Suite 1148
Chicago, IL 60601