**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator for the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | Civil No. 15-CV-03230 (MIS) |

**NOTICE OF MOTION**

TO:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on **April 12, 2016**, at **9:15 a.m.** or soon thereafter, we shall appear before the Honorable Judge Milton I. Shadur or any judge sitting in his stead, in Room 2303, located in the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and then there present **Markel American Insurance Company's Petition to Intervene**, a copy of which has been electronically served upon you via the Court's CM/ECF System.

/s/ James M. Eastham_____
One of the Attorneys for Markel American
Insurance Company

Mark F. Wolfe (6186298)
James M. Eastham (6224853)
Jason M. Taylor (6293925)
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (fax)
mwolfe@traublieberman.com
jeastham@traublieberman.com
jtaylor@traublieberman.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed on April 4, 2016, with the Clerk of the Court using the EM/ECF System, which will send electronic notification of such filing to all counsel on record.

**Attorneys for Plaintiff Tamara Sopka & Axess Holding Company, LLC.**
James E. Mercante  (*Pro Hac Vice*)
Rubin, Fiorella & Friedman Llp
630 Third Avenue
New York, NY 10017
(212) 953-2381
Email: jmercante@rubinfiorella.com

Anthony Raymond Rutkowski
Rutkowski Law Group P.C.
321 N. Clark Street
5th Floor
Chicago, IL 60654
312-445-6390
Fax: 312-276-4579
Email: arr@rutkowskilawgroup.com

**Attorneys for Claimant,  Skyway Yacht Works LLC**
Dennis Minichello
Michael David Reed
Marwedel, Minichello & Reeb, P.C.
303 W. Madison St.,
Suite 1100
Chicago, IL 60606
(312) 445-5312
Email: dminichello@mmr-law.com
mreed@mmr-law.com

**Attorneys for Claimant, Shai Wolkowicki**
Kenneth A. Hoffman
Mitchell, Hoffman & Wolf, LLC
221 North LaSalle Street
Suite 1148
Chicago, IL 60601
312-726-6722
Email: khoffman@mitchellhoffmanwolf.com

**Attorneys for Claimant,  Sharon Haws**
Timothy Joseph Mahoney
David F. Rolewick
Hilary E Wild
Attorney at Law
1776 South Naperville Road
Suite 105 - Building A
Wheaton, IL 60187
(630) 665-9400
Email: Timothym@rglawfirm.com
davidr@rglawfirm.com
hilaryw@rglawfirm.com

**Attorneys for Claimant, Creative Yacht Management, Inc. d/b/a SailTime Chicago**
Corinne L. Conrad
Curt Justin Schlom
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street
Suite 3800
Chicago, IL 60603
312 704 0550
Fax: 312 704 1522
Email: corinne.conrad@wilsonelser.com
Curt.Schlom@wilsonelser.com

**Attorneys for Claimant, Peggy M. Blenner**
Kevin P. Durkin
Sean Patrick Driscoll
Tracy A Brammeier
Clifford Law Offices, P.C.
120 North LaSalle Street
31st Floor
Chicago, IL 60602
(312) 899-9090
Email: kpd@cliffordlaw.com
spd@cliffordlaw.com
tab@cliffordlaw.com

    Respectfully submitted,

/s/ James M. Eastham
One of the Attorneys for Markel American Insurance Company

Mark F. Wolfe (6186298)
James M. Eastham (6224853)
Jason M. Taylor (6293925)
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (fax)
mwolfe@traublieberman.com
jeastham@traublieberman.com
jtaylor@traublieberman.com