## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

---

Case Title: In the Matter of the Complaint of Tamara Sopka, Independent Administrator for the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability

Case Number: 15-cv-03230(MIS)

An appearance is hereby filed by the undersigned as attorney for:
Intervenor, Markel American Insurance Company

Attorney name (type or print):  Jason M. Taylor

Firm:    Traub Lieberman Straus & Shrewsberry

Street address:    303 W. Madison Street, Suite 1200

City/State/Zip:    Chicago, IL 60606

Bar ID Number: 6293925                    Telephone Number:    312-332-3900
(See item 3 in instructions)

Email Address: jtaylor@traublieberman.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.    ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 4, 2016

Attorney signature: S/ Jason M. Taylor
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015