IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, ) <br> Independent Administrator of the Estate of Orest Sopka, ) <br> Deceased, and Axess Holding Company, LLC as Owners ) <br> of a 2012 Rinker 310 Express motor vessel "AXESS", ) <br> for Exoneration from or Limitation of Liability ) | CIVIL ACTION NO. <br><br> 15 C 3230 |

## **ORDER**

Motion of Christopher A. Abel for leave to appear pro hac vice on behalf of Markel American Insurance Company [68] is granted.

Date: 4/6/2016 /s/ Judge Milton I. Shadur