IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Complaint of | ) | |
| Tamara Sopka, Independent | ) | |
| Administrator of the Estate of | ) | Civil No. 15-cv-03230 |
| Orest Sopka, Deceased, and Axess | ) | |
| Holding Company, LLC as Owners of a | ) | |
| 2012 Rinker 310 Express motor vessel | ) | Judge Milton I. Shadur |
| "AXESS", for Exoneration from or | ) | |
| Limitation of Liability | ) | |

## NOTICE OF MOTION

TO: All Counsel of Record

**PLEASE TAKE NOTICE** that on **Monday, May 2, 2016 at 9:15 a.m.**, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Milton Shadur or any judge sitting in his stead in **Courtroom 2303** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Petitioner, TAMARA SOPKA and the Respondent, CREATIVE YACHT MANAGEMENT'S JOINT MOTION FOR ENLARGEMENT OF TIME**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served this notice and the attached document by electronic means to attorneys of record for all parties this 27th day of April, 2016.

                                        Rutkowski Law Group P.C.

                                        /s/Anthony R. Rutkowski
                                        Attorney for Petitioners,
                                        Estate of Orest Sopka and
                                        Axess Holding Company LLC

Anthony R. Rutkowski
Rutkowski Law Group P.C.
321 N. Clark Street, Fifth Floor
Chicago, Illinois 60654
(312)445-6390
(fax)(312)276-4579
ARR@RutkowskiLawGroup.com