## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Tamara Sopka, et al.
        Plaintiff,

v.               Case No.: 1:15−cv−03230
               Honorable Milton I. Shadur

Skyway Yacht Works LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 29, 2016:

  MINUTE entry before the Honorable Milton I. Shadur:Motion hearing set for 5/2/2016 is stricken. Motion for enlargement of time [72] is granted. Response to the motion to intervene [63] is extended to 5/13/2016. Status hearing set for 5/11/2016 is reset to 5/17/2016 at 09:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.