IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator for the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | Civil No. 15-CV-03230 (MIS) |

### MARKEL AMERICAN INSURANCE COMPANY'S NOTICE OF WITHDRAWAL OF ITS PETITION TO INTERVENE

Markel American Insurance Company (hereinafter, "MAIC"), by counsel, hereby provides notice of its withdrawing its Petition to Intervene (ECF 63) in the above-captioned action. MAIC is doing so without prejudice and with the intention to re-file a similar Petition at a later date. The reasons for MAIC's present withdrawal are as follows:

MAIC's Petition was filed for the purpose of facilitating MAIC's filing an Interpleader in the related actions now pending in the Circuit Court for Cook County, Illinois. Because of that Interpleader MAIC believes it appropriate for its insureds, Tamara Sopka, as Independent Administrator of the Estate of Orest Sopka, Axess Holding Company, LLC, and Creative Yacht Management, Inc. (d/b/a "Sailtime Chicago"), each of whom are parties in the instant action before this Court, to obtain independent counsel to represent them in connection with this litigation, and it has so advised its insureds. Because of the need for its insureds to identify, retain, and instruct their respective independent counsel, mindful that it will take some time for that to take place, and desiring to avoid a situation in which any of its insureds are in any way prejudiced or inconvenienced in these proceedings by the need to do so prior to their responding

I-1409072.1

to MAIC's Petition to Intervene in this action, MAIC is electing to withdraw its Petition without prejudice, for the time-being. Once its insureds have independent counsel in a position to respond appropriately to MAIC's petitioning this Court for leave to intervene, MAIC will file a new Petition with the Court.

To date, no party has filed any pleading responsive to MAIC's instant Petition.

**WHEREFORE**, Markel American Insurance Company hereby withdraws its Petition to Intervene (ECF 63), without prejudice to its re-filing a similar Petition in the future.

Dated: May 9, 2016                          Respectfully submitted,

                                            By: /s/ James M. Eastham
                                                James M. Eastham (6224853)
                                                jeastham@traublieberman.com
                                                Mark F. Wolfe (6186298)
                                                mwolfe@traublieberman.com
                                                Jason M. Taylor (6293925)
                                                jtaylor@traublieberman.com
                                                TRAUB LIEBERMAN
                                                STRAUS & SHREWSBERRY, LLP
                                                303 W. Madison Street, Suite 1200
                                                Chicago, Illinois 60603
                                                312.332.3900
                                                312.332.3908 (fax)

I-1409072.1

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on May 9, 2016, he electronically filed the foregoing **NOTICE OF WITHDRAWAL OF ITS PETITION TO INTERVENE** on behalf of Markel American Insurance Company, with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF system, which will send electronic notification to all counsel of record, who have consented to accept service by electronica means, as follows:

| **Attorneys for Plaintiff Tamara Sopka & Axess Holding Company, LLC** | **Attorneys for Claimant, Sharon Haws** |
|---|---|
| James E. Mercante (*Pro Hac Vice*) | Timothy Joseph Mahoney |
| Rubin, Fiorella & Friedman LLP | David F. Rolewick |
| 630 Third Avenue | Hilary E. Wild |
| New York, NY 10017 | Attorney at Law |
| (212) 953-2381 | 1776 South Naperville Road |
| Email: jmercante@rubinfiorella.com | Suite 105 – Building A |
| | Wheaton, IL 60187 |
| Anthony Raymond Rutkowski | (630) 665-9400 |
| Rutkowski Law Group P.C. | Email: timothym@rglawfirm.com |
| 321 N. Clark Street | davidr@rglawfirm.com |
| 5th Floor | hilaryw@rglawfirm.com |
| Chicago, IL 60654 | |
| 312-445-6390 | **Attorneys for Claimant, Creative Yacht Management, Inc. d/b/a SailTime Chicago** |
| Fax: 312-276-4579 | Corrine L. Conrad |
| Email: arr@rutkowskilawgroup.com | Curt Justin Schlom |
| | Wilson Elser Moskowitz Edelman & Dicker LLP |
| **Attorneys for Claimant, Skyway Yacht Works, LLC** | 55 West Monroe Street |
| Dennis Minichello | Suite 3800 |
| Michael Davis Reed | Chicago, IL 60603 |
| Marwedel, Minishello & Reeb, P.C. | 312 704 0550 |
| 303 W. Madison St. | Fax: 312 704 1522 |
| Suite 1100 | Email: corrine.conrad@wilsonelser.com |
| Chicago, IL 60606 | Curt.Schlom@wilsonelser.com |
| (312) 445-5312 | |
| Email: dminichello@mmr-law.com | **Attorneys forClaimant, Peggy M. Blenner** |
| mreed@mmr-law.com | Kevin P. Durkin |
| | Sean Patrick Driscoll |
| **Attorneys for Claimant, Shai Wolkowicki** | Tracy A. Brammeier |
| Kenneth A. Hoffman | Cliffort Law Offices, P.C. |
| Mitchell, Hoffman & Wolf, LLC | 120 North LaSalle Street |
| 221 North LaSalle Street | 31st Street |
| Suite 1148 | Chicago, IL 60602 |
| Chicago, IL 60601 | (312) 899-9090 |
| (312) 726-6722 | Email: kpd@cliffordlaw.com |
| Email: khoffman@mitchellhoffmanwolf.com | spd@cliffordlaw.com |
| | tab@cliffordlaw.com |

                                                  /s/ James M. Eastham
                                                  James M. Eastham

I-1409072.1