IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the matter of: ) | |
| ) | Civil No. 15-cv-03230 (MIS) |
| THE COMPLAINT OF TAMARA SOPKA, ) | |
| INDEPENDENT ADMINISTRATOR FOR THE ) | |
| ESTATE OF OREST SOPKA, DECEASED, AND ) | |
| AXESS HOLDING COMPANY, LLC AS OWNERS ) | |
| OF A 2012 RINKER 310 EXPRESS MOTOR ) | |
| VESSEL "AXESS" FOR EXONERATION FROM ) | |
| OR LIMITATIONS OF LIABILITY ) | |
| CIVIL NO. 15-CV-3230 (MIS) ) | |

**NOTICE OF MOTION**

TO:    All counsel of record

    **PLEASE TAKE NOTICE** that on the 3rd day of June, 2016 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton Shadur or any judge sitting in his stead, in Courtroom 2303 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn, Chicago, Illinois, and then and there present the attached **MOTION FOR LEAVE TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL,** a copy of which is hereby served upon you.

                                  Respectfully submitted,

                                  By: /s/ Curt J. Schlom

Curt J. Schlom (#6204308)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP\
55 West Monroe Street – Suite 3800
Chicago, Illinois 60603
Tel: (312) 704-0550
Fax: (312) 704-1522
curt.schlom@wilsonelser.com

2113128v.1

## **CERTIFICATE OF SERVICE**

The undersigned, Curt J. Schlom, certifies that on June 1, 2016, he electronically filed the foregoing Notice of Motion with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF system, which will send electronic notification to all counsel of record, who have consented to accept service by electronic means.

                                                */s/ Curt J. Schlom*
                                                      Curt J. Schlom