UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Tamara Sopka, et al.
          Plaintiff,

v.                Case No.: 1:15−cv−03230
                Honorable Milton I. Shadur

Skyway Yacht Works LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 2, 2016:

  MINUTE entry before the Honorable Milton I. Shadur:Motion hearing set for 6/3/2016 is stricken. Motion for leave to withdraw and for substitution of counsel [78] is granted. Corinne L. Conrad and Curt Justin Schlom are withdrawn as counsel for claimant Creative Yacht Management, Inc. Andrew Fleming and Joshua E. Liebman are given leave to file their appearance as counsel for said claimant. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.