## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as owners of a 2012 Rinker 310 Express motor vessel "AXESS", for Exoneration from or Limitation of Liability

Case Number: 15 cv 03230

An appearance is hereby filed by the undersigned as attorney for:
Creative Yacht Management, Inc. d/b/a SailTime Chicago

Attorney name (type or print): Joshua E. Liebman

Firm: Novack and Macey LLP

Street address: 100 N. Riverside Plaza

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6283377
(See item 3 in instructions)

Telephone Number: (312) 419-6900

Email Address: jliebman@novackmacey.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 6/6/16

Attorney signature:   S/ Joshua E. Liebman
                      (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015