IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator for the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | Civil No. 15-CV-03230 (MIS) |

## AMENDED NOTICE OF MOTION

TO: See Attached Certificate of Service

PLEASE TAKE NOTICE that on **Tuesday, June 28, 2016**, at **9:15 a.m.** or soon thereafter, we shall appear before the Honorable Judge Milton I. Shadur or any judge sitting in his stead, in Room 2303, located in the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and then there present **Markel American Insurance Company's Petition to Intervene**, a copy of which has been electronically served upon you via the Court's CM/ECF System.

/s/ James M. Eastham
_____

Mark F. Wolfe (6186298)
mwolfe@traublieberman.com
James M. Eastham (6224853)
jeastham@traublieberman.com
Jason M. Taylor (6293925)
jtaylor@traublieberman.com
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (fax)

and

Christopher Abel (pro hac vice)
cabel@wilsav.com

WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
757.628.5547
757.3333547 (fax)

*Attorneys for Markel American Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed on June 23, 2016, with the Clerk of the Court using the EM/ECF System, which will send electronic notification of such filing to all counsel on record.

**Attorneys for Plaintiff Tamara Sopka & Axess Holding Company, LLC.**
James E. Mercante (*Pro Hac Vice*)
Rubin, Fiorella & Friedman Llp
630 Third Avenue
New York, NY 10017
(212) 953-2381
Email: jmercante@rubinfiorella.com

Anthony Raymond Rutkowski
Rutkowski Law Group P.C.
321 N. Clark Street
5th Floor
Chicago, IL 60654
312-445-6390
Fax: 312-276-4579
Email: arr@rutkowskilawgroup.com

**Attorneys for Claimant, Skyway Yacht Works LLC**
Dennis Minichello
Michael David Reed
Marwedel, Minichello & Reeb, P.C.
303 W. Madison St.,
Suite 1100
Chicago, IL 60606
(312) 445-5312
Email: dminichello@mmr-law.com
mreed@mmr-law.com

**Attorneys for Claimant, Shai Wolkowicki**
Kenneth A. Hoffman
Mitchell, Hoffman & Wolf, LLC
221 North LaSalle Street
Suite 1148
Chicago, IL 60601
312-726-6722
Email: khoffman@mitchellhoffmanwolf.com

**Attorneys for Claimant, Sharon Haws**
Timothy Joseph Mahoney
David F. Rolewick
Hilary E Wild
Attorney at Law
1776 South Naperville Road
Suite 105 - Building A
Wheaton, IL 60187
(630) 665-9400
Email: Timothym@rglawfirm.com
davidr@rglawfirm.com
hilaryw@rglawfirm.com

**Attorneys for Claimant, Creative Yacht Management, Inc. d/b/a SailTime Chicago**
Patrick A. Fleming
Joshua Edward Liebman
Novack and Macey, LLP
100 North Riverside Plaza
Suite 1500
Chicago, IL 60606
(312) 419-6900
Email: andrewf@novackmacey.com;
jliebman@novackmacey.

**Attorneys for Claimant, Peggy M. Blenner**
Kevin P. Durkin
Sean Patrick Driscoll
Tracy A Brammeier
Clifford Law Offices, P.C.
120 North LaSalle Street
31st Floor
Chicago, IL 60602
(312) 899-9090
Email: kpd@cliffordlaw.com
spd@cliffordlaw.com
tab@cliffordlaw.com

Respectfully submitted,

/s/ James M. Eastham

_____

*Attorneys for Markel American Insurance Company*