```
 1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3     TAMARA SOPKA and AXESS HOLDING    )   No.   15 C 3230
       COMPANY LLC,                      )
 4                                       )   Chicago, Illinois
                            Plaintiffs,  )   June 28, 2016
 5                                       )   9:15 o'clock a.m.
                                         )
 6     -vs-                              )
                                         )
 7     SKYWAY YACHT WORKS LLC, et        )
       el.,                              )
 8                                       )
                            Claimants.   )
 9

10          TRANSCRIPT OF PROCEEDINGS - TELEPHONE CONFERENCE
                BEFORE THE HONORABLE MILTON I. SHADUR
11
       APPEARANCES:
12
       For the Plaintiffs:       RUTKOWSKI LAW GROUP P.C.
13                               BY:  MR. ANTHONY R. RUTKOWSKI
                                 321 North Clark Street
14                               5th Floor
                                 Chicago, Illinois 60654
15

16     For Claimant Skyway       MARWEDEL MINICHELLO & REEB, P.C.
       Yacht Works LLC:          BY:  MR. MICHAEL D. REED
17                               309 West Madison Street
                                 Suite 100
18                               Chicago, Illinois 60606

19
       For Claimant Sharon       ROLEWICK & GUTZKE, P.C.
20     Haws:                     BY:  MS. HILARY E. WILD
                                 1776 South Naperville Road
21                               Suite 104A
                                 Naperville, Illinois 60189
22

23     Court Reporter:           ROSEMARY SCARPELLI
                                 219 South Dearborn Street
24                               Room 2304A
                                 Chicago, Illinois  60604
25                               (312) 435-5815
```

```
 1    APPEARANCES:

 2    For Claimant Creative      NOVACK & MACEY LLP
      Yacht Management:          BY:  MR. PATRICK A. FLEMING
 3                                    MR. JOSHUA E. LIEBMAN
                                 100 North Riverside Plaza
 4                               Chicago, Illinois 60606

 5
      For Claimant              CLIFFORD LAW OFFICES, P.C.
 6    Megan Blenner             BY:  MR. KRISTOFER S. RIDDLE
                                 120 North LaSalle Street
 7                               Suite 3100
                                 Chicago, Illinois 60602
 8

 9    For Claimant              MITCHELL HOFFMAN & WOLF, LLC
      Shai Wokowicki:           221 North LaSalle Street
10                               Suite 1148
                                 Chicago, Illinois 60601
11

12    For Intervenor Markel     WILCOX & SAVAGE, P.C.
      American Insurance        BY:  MR. CHRISTOPHER A. ABEL
13    Company:                  440 Monticello Avenue
                                 Suite 2200
14                               Norfolk, Virginia 23510
                                              and
15                               TRAUB LIEBERMAN STRAUS
                                 & SHREWSBERRY, LLP
16                               BY:  MR. JAMES M. EASTHAM
                                 303 West Madison Street
17                               Suite 1200
                                 Chicago, Illinois 60606
18

19

20

21

22

23

24

25
```

1    MR. EASTHAM:  Good morning, your Honor, James

2  Eastham.  I am local counsel for Markel American.  My lead is

3  due to be on the phone remotely today.

4    THE COURT:  Okay.  Before anybody else identifies

5  himself or herself, Carol will call.

6    MR. ABEL:  Hello.

7    THE CLERK:  Is this Chris Abel?

8    MR. ABEL:  Hello?

9    THE CLERK:  Hello?  Oh, wait.

10    MR. ABEL:  Hello.

11    THE CLERK:  Can you hear me?

12    MR. ABEL:  I can.

13    THE CLERK:  Okay.  This is Judge Shadur's clerk in

14  15 C 3230, In the matter of Sopka.

15    THE COURT:  Counsel out in telephone land, do you

16  want to identify yourself for the record, please.  Counsel

17  here in court, local counsel, has already done so for you.

18  Go ahead.

19    MR. FLEMING:  Good morning, your Honor, Andrew

20  Fleming and Joshua Liebman from the law firm of Novack &

21  Macey appearing on behalf of Creative Yacht Management.

22    THE COURT:  Wait, wait, wait.  What about the

23  person on the telephone?

24    MR. FLEMING:  I am sorry.

25    MR. ABEL:  Good morning, your Honor, this is Chris

1  Abel in Norfolk, Virginia representing Markel American

2  Insurance Company, sir.

3          THE COURT:  Okay.  Now everybody else.  You have

4  done it.  Go ahead with --

5          MR. REED:  Michael Reed on behalf of respondent

6  Skyway Yacht Works.

7          MR. HOFFMAN:  Ken Hoffman for the claimant Shai

8  Wolkowicki.

9          MR. RUTKOWSKI:  Anthony Rutkowski on behalf of

10 petitioners the estate of Sopka and Axess Holding LLC.

11         MS. WILD:  Hilary Wild for the estate of Ashley

12 Haws.

13         THE COURT:  Is that it?

14         MR. RIDDLE:  Kris Riddle on behalf of claimant

15 Blenner.

16         THE COURT:  This -- what is before me is Markel's

17 petition to intervene which is stated to be a petition to

18 intervene solely for purposes of filing in the State Court

19 system.  I did have one I think obvious question about that,

20 and that is if Markel is seeking to intervene for purposes of

21 -- that are outlined here, and that is asking that there is

22 going to be a modified stay and filing an interpleader, is

23 there some reason that the interpleader is sought to be filed

24 in the State Court system instead of, if you have federal

25 jurisdiction, in the Federal Court so that we can link up the

1    two actions, if that is appropriate?  Now, I am not urging

2    that.  I am simply asking it.

3            MR. FLEMING:  Actually, your Honor, we have not

4    actually looked at that question.  However, today I did want

5    to ask the Court's indulgence if the Court would allow us to

6    file a written response to this petition to intervene.  We

7    think that there are a number of defects with respect to the

8    petition.  We believe it does not follow the rules.  The

9    rules with regard to a permissive intervention require that a

10   pleading be attached to the petition.  There is no such

11   pleading.  There is a motion.

12           THE COURT:  I know about those things, but --

13           MR. RUTKOWSKI:  There is case law that doesn't

14   support what they are trying to do.  And so we would like --

15   we got into this case, your Honor, about two weeks ago

16   because of a conflict between Markel and our client.  We have

17   got up to speed, but we think this is a very important

18   petition and we would respectfully request time to file a

19   written response.  We think there is a number of issues that

20   need to be addressed.  And we will move quickly to do that.

21           But just off-the-cuff -- and I apologize for not

22   spelling the issue that your Honor has spelled it.  We have

23   not looked at that issue as to whether the issue of the

24   interpleader should be litigated in the Federal Court versus

25   the State Court.  But before we get to that question we have

1  so many other questions we need to address.

2         THE COURT:  Assuming that there is federal

3  jurisdiction, which is another question --

4         MR. RUTKOWSKI:  Yes, your Honor.

5         THE COURT:  -- but it struck me that if it were

6  available, it might be a more orderly way -- although, you

7  know, I don't know which one is the tail wagging the dog when

8  we get into this kind of admiralty jurisdiction situation.

9  There is, as the petition to intervene has said -- it is a

10  matter of admiralty jurisdiction because it is a contract of

11  insurance that deals with that.  So if it is within the

12  federal jurisdiction, it -- and if it is sustainable, it

13  might be better presented here or not.  I don't know.

14         But how much time do you think you will need for

15  the response?

16         MR. RUTKOWSKI:  Well, I would like 28 days if that

17  is possible, your Honor.  If your Honor would like it

18  shorter --

19         THE COURT:  Anything is possible.

20         MR. RUTKOWSKI:  I would like 28 days because I do

21  have a pretrial order due late -- due on July 8th in front of

22  Judge Guzman.  And so I would like the 28 days, if possible,

23  to file my response.

24         THE COURT:  Anybody else?

25         MR. RUTKOWSKI:   Your Honor, on behalf of the Axess

1    Holding and the estate of Sopka, the majority of what the

2    petition is is actually directed towards my clients.  And I

3    concur with counsel.  I spoke with Mr. Abel yesterday.  What

4    we talked about doing -- because we don't want to waste the

5    Court's time -- as you pointed out there is clearly an issue

6    as to whether if they were allowed to file this, whether it

7    should be filed here or should be filed in State Court.

8         As counsel has also pointed out, though, there is

9    questions as to whether they should be allowed to intervene

10   and, if so, whether the stay should be modified.

11        THE COURT:  Yes.

12        MR. RUTKOWSKI:  Rather than have a series of

13   briefs, Mr. Abel and I discussed the idea of briefing the

14   issues about the petition to intervene since the only reason

15   for Markel to invervene in this case is with respect to the

16   motion to modify the stay.

17        THE COURT:  Right.

18        MR. RUTKOWSKI:  And I believe it is Mr. Abel's

19   position, not necessarily mine, that he would like to modify

20   the stay so he could go file in State Court.  We can

21   certainly address that issue in the briefs, if the Court

22   would like us to, but I agree with defense counsel the

23   threshold issue here is intervening for the limited purpose

24   that they have and, if so, if they could intervene and be

25   able to modify the stay.  We think that we could address both

1   of those points in one set of briefs to the Court.  I had

2   talked with Mr. Abel about us doing that where -- I believe

3   before when this issue was before you before it was

4   withdrawn, we were going to file a response, and then you

5   wanted us back before you again --

6              THE COURT:  Yes.

7              MR. RUTKOWSKI:  -- before a reply was filed.  Mr.

8   Abel and I agreed that we would go until July 28th, which

9   would give counsel slightly more than 28 days and allow for

10  the holiday and such.  And we would be able to respond to the

11  issue regarding the petition as well as the modification --

12  the motion to modify the stay,

13             THE COURT:  Okay.

14             MR. RUTKOWSKI:  So that we could deal with both of

15  those.

16             And then the only caveat to that is both Mr. Abel

17  and I -- I don't know about defense counsel's schedule -- we

18  are both out of the office the first week in August.  So --

19             THE COURT:  Okay.  Then here is the story:  I don't

20  -- you are certainly entitled to respond.  And it is not

21  going to get in the way of a lawsuit overall to set a month

22  for that purpose.  So I will grant until July 28 to respond

23  to the present petition to intervene, and that is whoever is

24  going to file a response, you can do it jointly,

25  individually, however you work it.  All right?

1          So -- and then what I think makes sense -- you are

2   going to be gone you say the first week in August?

3          MR. RUTKOWSKI:  Yes, sir.

4          MR. FLEMING:  Your Honor, I am starting my trial in

5   front of Judge Guzman on August 8th.  It is set for three

6   weeks.  If it is possible -- I don't know if it is possible

7   to do it right before August 8th or --

8          THE COURT:  Why?  When does he start his trials?

9          MR. FLEMING:  The trial starts August 8 9:00

10  o'clock.

11         THE COURT:  No. What time does he --

12         MR. FLEMING:  Oh, 9:00 o'clock on August 8.

13         THE COURT:  I can give you an 8:45.

14         MR. FLEMING:  I can be here, Judge, yes, sir.

15         THE COURT:  You say it is starting on the 8th?

16         MR. FLEMING:  Yes, August 8 we start the trial.

17         THE COURT:  How is August 8 on your end?

18         MR. RUTKOWSKI:  That would be fine, your Honor.

19         THE COURT:  All right.

20         MR. ABEL:  Judge, this is Chris Abel in Norfolk.

21  Judge, Mr. Rutkowski has indicated we are both out the first

22  week of August.  I am actually flying back from Europe the

23  night of the 7th and morning of the 8th, so I am very much

24  concerned about an 8:45 kickoff that day.

25         THE COURT:  That is an Eighth Amendment violation,

1  cruel and unusual punishment.  I can give you -- if the 9th

2  is not bad.  I mean his trial is going to be ongoing, so --

3          MR. RUTKOWSKI:  That is fine.  The 9th would be

4  fine, your Honor.

5          THE COURT:  How is Tuesday the 9th for you?  Will

6  that give you enough time to recuperate?

7          MR ABEL:  Yeah, I think that would be fine, Judge.

8  If I understand, that would be a date for a status conference

9  to decide if a reply brief is required?

10          THE COURT:  That is simply a status date to find

11  out whether the parties had met head on or whether you need a

12  time for reply.  Understood?

13          MR ABEL:  Yes, your Honor.  That be would fine.

14          THE COURT:  Okay.  So status then 8:45 on Tuesday

15  August 9th.

16          Thank you all.

17          MR. RUTKOWSKI:   Thank you, your Honor.

18          MS. WILD:  Thank you, Judge.

19          MR. FLEMING:  Thank you, your Honor.

20          MR ABEL:  Thank you, Judge.

21        (Which were all the proceedings heard.)

22

23

24

25

1                         CERTIFICATE

2          I certify that the foregoing is a correct transcript

3     from the record of proceedings in the above-entitled matter.

4

5     s/Rosemary Scarpelli/        Date:  July 22, 2016

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25