# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Tamara Sopka, et al.

                              Plaintiff,

v.                                                       Case No.: 1:15−cv−03230

                                                                Honorable Milton I. Shadur

Skyway Yacht Works LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2016:

      MINUTE entry before the Honorable Milton I. Shadur: Status hearing held on 8/9/2016 and continued to 10/27/2016 at 09:00 AM. Markel American Insurance Company's motion to intervene [83] is denied. (For further details see Memorandum Opinion and Order)Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.