# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

## CIVIL NO. 15-CV-03230 (MIS)

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator for the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS" for Exoneration from or Limitation of Liability | Notice Of Appeal |

## **NOTICE OF APPEAL**

Notice is hereby given that Markel American Insurance Company, petitioner for intervention in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of this Court dismissing MAIC's Petition for Intervention in this case (Court Document No. 92), entered in this action on the 9th day of August, 2016.

Respectfully submitted,

By: /s/ James M. Eastham
James M. Eastham (6224853)
jeastham@traublieberman.com
Mark F. Wolfe (6186298)
mwolfe@traublieberman.com
Jason M. Taylor (6293925)
jtaylor@traublieberman.com
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (fax)

I-1431280.1

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, certifies that on September 7, 2016, he electronically filed the foregoing **NOTICE OF APPEAL** on behalf of Markel American Insurance Company, with the Clerk of the U.S. District Court for the Northern District of Illinois, via its CM/ECF system, which will send electronic notification to all counsel of record, who have consented to accept service by electronic means, as follows:

| **Attorneys for Plaintiff Tamara Sopka & Axess Holding Company, LLC** | **Attorneys for Claimant, Sharon Haws** |
|---|---|
| James E. Mercante (*Pro Hac Vice*) <br> Rubin, Fiorella & Friedman LLP <br> 630 Third Avenue <br> New York, NY 10017 <br> (212) 953-2381 <br> Email: jmercante@rubinfiorella.com <br><br> Anthony Raymond Rutkowski <br> Rutkowski Law Group P.C. <br> 321 N. Clark Street <br> 5th Floor <br> Chicago, IL 60654 <br> 312-445-6390 <br> Fax: 312-276-4579 <br> Email: arr@rutkowskilawgroup.com <br><br> **Attorneys for Claimant, Skyway Yacht Works, LLC** <br> Dennis Minichello <br> Michael David Reed <br> Marwedel, Minishello & Reeb, P.C. <br> 303 W. Madison St. <br> Suite 1100 <br> Chicago, IL 60606 <br> (312) 445-5312 <br> Email: dminichello@mmr-law.com <br> mreed@mmr-law.com <br><br> **Attorneys for Claimant, Shai Wolkowicki** <br> Kenneth A. Hoffman <br> Mitchell, Hoffman & Wolf, LLC <br> 221 North LaSalle Street <br> Suite 1148 <br> Chicago, IL 60601 <br> (312) 726-6722 <br> Email: khoffman@mitchellhoffmanwolf.com | Timothy Joseph Mahoney <br> David F. Rolewick <br> Hilary E. Wild <br> Rolewick & Gutzke, P.C. <br> 1776 South Naperville Road <br> Suite 105 – Building A <br> Wheaton, IL 60187 <br> (630) 665-9400 <br> Email: timothym@rglawfirm.com <br> davidr@rglawfirm.com <br> hilaryw@rglawfirm.com <br><br> **Attorneys for Claimant, Creative Yacht Management, Inc. d/b/a SailTime Chicago** <br> Corrine L. Conrad <br> Curt Justin Schlom <br> Wilson Elser Moskowitz Edelman & Dicker LLP <br> 55 West Monroe Street <br> Suite 3800 <br> Chicago, IL 60603 <br> 312 704 0550 <br> Fax: 312 704 1522 <br> Email: corrine.conrad@wilsonelser.com <br> Curt.Schlom@wilsonelser.com <br><br> Patrick A. Fleming <br> Joshua Edward Liebman <br> Yvette V. Mishev , Mishe <br> Novack & Macey LLP <br> 100 North Riverside Plaza <br> Chicago, IL 60606 <br> (312) 419-6900 <br> Email: andrewf@novackandmacey.com <br> JLiebman@novackmacey.com <br> YMishev@novackmacey.com |

I-1431280.1

|  | **Attorneys for Claimant, Peggy M. Blenner** <br> Kevin P. Durkin <br> Sean Patrick Driscoll <br> Tracy A. Brammeier <br> Cliffort Law Offices, P.C. <br> 120 North LaSalle Street <br> 31st Street <br> Chicago, IL 60602 <br> (312) 899-9090 <br> Email: kpd@cliffordlaw.com <br> spd@cliffordlaw.com <br> tab@cliffordlaw.com |
|---|---|

/s/ James M. Eastham
James M. Eastham

I-1431280.1