# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

September 7, 2016

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 16-3366
>
> Caption:
> IN RE: TAMARA SOPKA, Independent Administrator for the Estate of Orest Sopka, Deceased, and AXESS HOLDING COMPANY LLC, as Owners of a 2012 Rinker 310 Express motor vessel AXESS for Exoneration from or Limitation of Liability
>
> APPEAL OF: MARKEL AMERICAN INSURANCE COMPANY

> District Court No: 1:15-cv-03230
> District Judge Milton I. Shadur
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 09/07/2016

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)