UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Tamara Sopka, et al.
                              Plaintiff,

v.                                                 Case No.: 1:15−cv−03230
                                                          Honorable Milton I. Shadur

Skyway Yacht Works LLC
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 21, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:At the telephonic request of the parties, with agreement of the Court, the status hearing set for 12/22/16 at 9:00 a.m. is hereby stricken and reset to 1/24/17 at 9:15 a.m. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.