# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 21, 2017

*By the Court:*

| No. 16-3366 | IN RE: TAMARA SOPKA, Independent Administrator for the Estate of Orest Sopka, Deceased, and AXESS HOLDING COMPANY LLC, as Owners of a 2012 Rinker 310 Express motor vessel AXESS for Exoneration from or Limitation of Liability<br><br>APPEAL OF: MARKEL AMERICAN INSURANCE COMPANY |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:15-cv-03230<br>Northern District of Illinois, Eastern Division<br>District Judge Milton I. Shadur | |

Upon consideration of the **MOTION TO DISMISS**, filed on March 21, 2017, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit