IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Complaint of Tamara Sopka, Independent Administrator of the Estate of Orest Sopka, Deceased, and Axess Holding Company, LLC as Owners of a 2012 Rinker 310 Express motor vessel "AXESS", for Exoneration from or Limitation of Liability | Civil No. 15-cv-03230<br><br>Judge Milton I. Shadur |

## DISMISSAL ORDER

This matter coming to be heard on the Petitioner, TAMARA SOPKA's Motion to Voluntarily Dismiss her Complaint for Exoneration From or Limitation of Liability on behalf of the Estate of Orest Sopka, Deceased and Axess Holding Company, LLC, due notice having been given and the court having been fully advised, it is hereby ordered:

The Petitioner's Motion is hereby granted. This matter is hereby dismissed with prejudice.

_____
Judge

April 17, 2017
_____
Dated